# O'REILLY & SHAW, L.L.C.

―――――ATTORNEYS AT LAW―――――

FRANCIS L. O'REILLY
JANE FORD SHAW

41 UNQUOWA PLACE
FAIRFIELD, CT 06824
TEL: (203) 319-0707
FAX: (203) 319-0128

September 3, 2021

Honorable Andrew E. Krause
United States District Court
300 Quarropas Street
White Plains, NY 10601

Re:   United States v. Starlin Espinal Adames
      DK# 21CR519

Dear Judge Krause:

Please be informed that I represent Starlin Espinal Adames in the above referenced matter. I have consulted with Mr. Espinal Adames about his right to be physically present in Court for all Court proceedings, however, due to the ongoing Covid-19 pandemic, and after consultation with the undersigned, Mr. Espinal Adames is willing to waiver his right to an in person hearing and appear via video or telephone for his arraignment on the September 3, 2021.

Very truly yours,

Francis L. O'Reilly

www.oreillyandshaw.com